# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223

Print Date: March 06, 2017

## FIREARMS TRACE SUMMARY

Trace Number: T20170072170    Request Date: March 03, 2017    Completion Date: March 03, 2017

MACY BALTRUS
HOLLY SPRINGS POLICE DEPT
110 W BALLENTINE ST
HOLLY SPRINGS, NC 27540
PHONE: (919) 557-9111 Ext:

Badge No: 656
Investigation No: 17-000379

### FIREARM INFORMATION
Manufacturer: RUGER
Model: P90
Caliber: 45
Serial Number: 661-64104
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 03/01/2017
Time to Crime: 6991 days

APPLE DRUPE WAY
HOLLY SPRINGS, NC 27540
Possessor: HOWARD DAVIS JR
DOB: [redacted] 1977
POB: UNITED STATES

### PURCHASER INFORMATION
Purchase Date: 01/09/1998
GEORGE WENDELL WARREN
[redacted]
ROANOKE, VA 24017
DOB: [redacted] 1945
POB: ROANOKE, VA UNITED STATES
Race: BLACK
Sex: Male
Height: 6 ft 0 in
Weight: 220 lbs
ID 1: VA DRIVER'S LICENSE: [redacted]
ID 2:

### DEALER INFORMATION
FFL: 15439139
BRYANSTEENS GUN SHOP #2
2840 PETERS CREEK RD
ROANOKE, VA 24019-0000
Phone: (540) 562-4862   Ext:
Ship-To-Date: 12/31/1997

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: T20170072170        Page 1 of 1
**FOR OFFICIAL USE ONLY**