UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:21-CR-234-1D


FILED IN OPEN COURT
ON 3/15/22
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

**UNITED STATES OF AMERICA**

**vs.**                                    **ORDER**

**HOWARD DAVIS**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on <u>March 15, 2022</u> be turned over to Special Agent Stephen Babits, ATF to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 14 | Magazine & Ammunition |

This 15th day of March, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____