# UNITED STATES DISTRICT COURT

Eastern      DISTRICT OF      North Carolina

UNITED STATES OF AMERICA

V.

HOWARD DAVIS

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 5:21-CR-234-1D

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

JAMES C. DEVER III      US DISTRICT JUDGE

Name of Judge      Title of Judge

3/16/2022

Date